IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 16-30059-NJR |
| | ) | |
| JEREMY R. COLWELL, | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION OF FACTS

James L. Porter, Acting United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, herewith enters into the following Stipulation of Facts with the defendant,

1. On February 16, 2016, in Madison County, within the Southern District of Illinois, Defendant did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, Defendant faxed a note to Alton Police Department in Alton, Illinois, indicating the following:

    > There will be a very large bomb detonated inside of The Home Depot in Alton today at appropriately 0900. Please take this correspondence seriously as hundreds of peoples lives are at stake. I need the store closed and employees sent home. I'll be forwarding this message to all local and federal authorities. Thank you.

Defendant faxed another note to The Home Depot in Alton, Illinois, indicating the following:

> There will be a very large bomb detonated inside of The Home Depot on Alton today at approximately 0900. Please take this correspondence seriously as hundreds of peoples lives are in danger. I need the store closed and employees sent home. I'll be forwarding this message to all local and federal authorities. Thank you.

2. On April 2, 2016, in Madison County, within the Southern District of Illinois, Defendant did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, Defendant sent an email to FOX 2, KTVI NEWS in St. Louis, Missouri, indicating the following:

> A very large bomb will be set off at The Home Depot in Alton IL before the close of business today, 4/02/16.
> I want all employees sent home, and the store blocked off.
> Many people's lives are in danger, so please take this matter seriously.
> This message is being forwarded to all government agencies.

3. On or about April 4, 2016, in Madison County, within the Southern District of Illinois, Defendant did intentionally convey false and misleading information, under circumstances where such information may reasonably have been believed, that indicated that an activity would take place, that would be in violation of Title 18, United States Code, Chapter 113B, the delivery, placement, discharge or detonation of an explosive in a place of public use or government facility, with

the intent to cause serious bodily injury or destruction in violation of Title 18, United States Code, Section 2332f(a). Specifically, Defendant faxed a note to The Home Depot in Alton, Illinois, indicating the following:

> A very large bomb will be detonated today, 02/04/2016 at The Home Depot in Alton IL, before the close of business. Please take this matter seriously, as many peoples lives are in danger. **All employees are to be sent home.** This message is being forwarded to all government and police authorities.

Defendant faxed another note to the Federal Bureau of Investigation office in Springfield, Illinois, indicating the following:

> A very large bomb will be detonated at The Home Depot in Alton within the next few hours. Please take this matter seriously, as many lives are in danger. This message is being forwarded to all news and government authorities.

4. These acts on the part of Defendant took place in the Southern District of Illinois.

<u>**SO STIPULATED:**</u>

JEREMY R. COLWELL
Defendant

DAVID L. BRENGLE
Attorney for Defendant

Date: 06/29/2016

JAMES L. PORTER
Acting United States Attorney

DANIEL T. KAPSAK
Assistant United States Attorney

Date: 6/29/16